IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC
NOV 23 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL NO. DNCW5:11CV000126 |
| ) | (Financial Litigation Unit) |
| AARON R. TOMPKINS ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

THIS CAUSE coming on to be heard before the undersigned Judge, and it appearing to the Court, and the Court finding as a fact that all matters in controversy set out in the pleadings have been agreed upon by the parties, and that the plaintiff has agreed to accept the principal sum of $10,219.08, plus interest in the amount of $930.43, accrued pursuant to the terms listed in the complaint, for a total debt of $11,149.51 as of May 27, 2011, and continuing to accrue until the date of judgment herein at the rate of 5.25 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, together with $350.00 in costs, as settlement in full accord and satisfaction thereof. The USDA Farm Service Agency received $8,537.00 on September 19, 2011. The United States and the defendant agree that the total amount due on the debt is $2,793.54 as of October 17, 2011.

Interest shall accrue thereon at the determined Treasury post-judgment interest rate computed daily and compounded annually.

The defendant agrees that the Plaintiff will submit this debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

NOW, THEREFORE, BY CONSENT, IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff have and recover of the defendant the principal sum of $11,149.51, plus interest in the amount of $930.43, plus 5.25 percent pre-judgment interest, accrued pursuant to the terms in the complaint totaling $11,149.51 as of May 27, 2011 and the current amount due as of October 17, 2011 is $2,793.54, and interest continues to accrue until the date of judgment herein at the rate of 5.25 percent per annum; with interest to accrue from the date of judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually.

This the 21st day of November, 2011.

WE CONSENT:

_____
JENNIFER A. YOUNGS
Assistant United States Attorney
NCSB# 23925

DATE: 11-7-11

_____
AARON R. TOMPKINS
Defendant

DATE: 11-1-11

**SO ORDERED.**

Signed:

David S. Cayer
U.S. Magistrate Judge